ORIGINAL

NOTE: EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR MOTION FOR ADMISSION PRO HAC VICE, PAYABLE TO CLERK, U. S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LEXINGTON INSURANCE COMPANY

Plaintiff(s)

v.   CIVIL ACTION NO. JFM-00-1217

FERNANDO SMITH   ✓ FEE PAID

Defendant(s)   _____ FEE NOT PAID (SEND LETTER)

## MOTION FOR ADMISSION PRO HAC VICE

PURSUANT TO LOCAL RULE 101.1(b) OF THIS COURT, __James A. Frederick__, ESQUIRE, A MEMBER OF THE BAR OF THIS COURT, MOVES THE ADMISSION OF __Donald A. Waltz__ ESQUIRE, TO APPEAR PRO HAC VICE IN THE CAPTIONED PROCEEDING AS COUNSEL FOR __Plaintiff__.

MOVANT AND THE PROPOSED ADMITTEE RESPECTFULLY CERTIFY AS FOLLOWS:

1) THE PROPOSED ADMITTEE IS A MEMBER IN GOOD STANDING OF THE BAR(S) OF THE STATE(S) OF __New Jersey and Pennsylvania__

AND/OR THE FOLLOWING UNITED STATES COURT(S): __New Jersey, The Eastern District of Pennsylvania and The Western District of Pennsylvania__

2) DURING THE TWELVE (12) MONTHS IMMEDIATELY PRECEDING THE FILING OF THIS MOTION, THE PROPOSED ADMITTEE HAS BEEN ADMITTED PRO HAC VICE IN THIS COURT __0__ TIME(S).

3) THE PROPOSED ADMITTEE HAS NEVER BEEN DISBARRED, SUSPENDED, OR DENIED ADMISSION TO PRACTICE, OR HAS SET FORTH ALL RELEVANT FACTS, INCLUDING DISPOSITION, AS FOLLOWS: _____

REVISED 7/20/95

4) THE PROPOSED ADMITTEE IS FAMILIAR WITH THE FEDERAL RULES OF CIVIL PROCEDURE, THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, THE FEDERAL RULES OF EVIDENCE, AND THE RULES OF PROFESSIONAL CONDUCT, AND UNDERSTANDS THAT HE/SHE SHALL BE SUBJECT TO THE DISCIPLINARY JURISDICTION OF THIS COURT.

5) CO-COUNSEL FOR THE PROPOSED ADMITTEE IN THIS PROCEEDING WILL BE THE UNDERSIGNED OR ___James Frederick___ ESQUIRE, WHO HAS BEEN FORMALLY ADMITTED TO THE BAR OF THIS COURT.

6) IT IS UNDERSTOOD THAT ADMISSION PRO HAC VICE DOES NOT CONSTITUTE FORMAL ADMISSION TO THE BAR OF THIS COURT.

RESPECTFULLY SUBMITTED,

MOVANT: James A. Frederick

SIGNATURE

Goodell, DeVries, Leech & Gray, LLP
ADDRESS

One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783-4000
OFFICE PHONE NUMBER

23506
MD. U. S. DISTRICT COURT NUMBER

PROPOSED ADMITTEE: Donald A. Waltz

SIGNATURE

Cozen & O'Connor
ADDRESS

1900 Market Street
Philadelphia, Pennsylvania  19103
(215) 665-2000
OFFICE PHONE NUMBER

ORDER

MOTION ___✓___ GRANTED

MOTION _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court

MOTION _____ DENIED

DATE: June 7, 2000

JUDGE