IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LEXINGTON INSURANCE COMPANY | : | CIVIL ACTION |
| Plaintiff | : | NO. |
| v. | : | JFM 00-1217 |
| FERNANDO E. SMITH | : | JURY TRIAL DEMANDED |
| Defendant | : | |

### O R D E R

AND NOW, this _14_ day of _Dec_, 2000, upon consideration of the Motion of Plaintiff, Lexington Insurance Company, to extend the discovery deadlines in this case, it is hereby ORDERED and DECREED that the Court's scheduling Order issued on September 26, 2000, is hereby amended to require that all discovery be completed by March 1, 2001.

BY THE COURT:

_____ J.