IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LEXINGTON INSURANCE COMPANY *
\*
v. * Civil No. JFM-00-1217
\*
FERNANDO E. SMITH *
\*\*\*\*\*

ORDER

Plaintiff has filed a motion for default judgment on the ground that defendant has not kept this court apprised of his address and that, as a result, plaintiff has not been able to obtain any discovery from defendant. Defendant has not responded to the motion after being advised of the consequence of a failure to do so. Accordingly, it is, this ___ day of April 2001

ORDERED

1. Plaintiff's motion for default judgment is granted;

2. A default judgment is entered in favor of plaintiff against defendant on the issues of liability;

3. Plaintiff shall file an affidavit in support of his claim for damages on or before April 16, 2001; and

4. Defendant shall submit any opposition to plaintiff's affidavit in support of its claim for damages within fourteen days of plaintiff's submission of that affidavit.

J. Frederick Motz
United States District Judge