IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY<br>200 State Street, 4th Floor<br>Boston, MA 02109,<br><br>    Plaintiff<br><br>v.<br><br>FERNANDO D.S. SMITH<br>439 Osprey Point<br>Ponte Vedra, Fl 32082,<br><br>    Defendant and Debtor. | CIVIL ACTION<br><br>NO. JFM-00-1217 |

### ORDER

IT IS THIS _____ day of September, 2001, **ORDERED** that the Default Judgment is entered against Defendant Fernando D.S. Smith, f/k/a Fernando E. Smith, in favor of Plaintiff Lexington Insurance Company, for damages in the amount of $818,143.92.

**SO ORDERED:**

_____
J. Frederick Motz
United States District Judge